**DISMISS; and Opinion Filed June 25, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-00110-CR

**TRESHAN JAVAIR GRAVES, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1354812-P**

## MEMORANDUM OPINION

Before Justices Bridges, Fillmore, and Brown
Opinion by Justice Bridges

Treshan Javair Graves appeals his injury to an elderly person conviction. Appellant was initially placed on deferred adjudication community supervision. The State filed a motion to revoke and adjudicate appellant's guilt, and the trial court adjudicated appellant's guilt and sentenced him to ten years' confinement in January 2014. Appellant appealed from the judgment adjudicating his guilt. The record reflects that in May 2014, the trial court granted a motion for new trial and again placed appellant on deferred adjudication community supervision. We express no opinion regarding the trial court proceedings following the adjudication of appellant's guilt. However, because this appeal is from a sentence appellant is no longer serving, the parties agree this appeal is now moot.

Accordingly, we dismiss this appeal as moot.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE


Do Not Publish
TEX. R. APP. P. 47.2(b)

140110F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TRESHAN JAVAIR GRAVES, Appellant

No. 05-14-00110-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 203rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F-1354812-P.
Opinion delivered by Justice Bridges.
Justices Fillmore and Brown participating.

Based on the Court's opinion of this date, this appeal is **DISMISSED** as moot.

Judgment entered this 25th day of June, 2015.